McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN McCARTNEY,<br><br>Defendant. | ) | 1:07-CR-00151 OWW<br><br>STIPULATION TO EXTEND THE GOVERNMENT'S TIME TO FILE A RESPONSE TO THE DEFENDANT'S MOTION TO SUPPRESS |

It is stipulated and agreed between the parties that the government's response to the defendant's motion to suppress in the above matter currently due on Tuesday, September 4, 2007 be extended until Monday, September 17, 2007. The hearing on the matter remains scheduled for September 24, 2007 and there is no request to change that date.

I hereby agree to the above stipulation.

Dated: 8-31-07

/s/Kimberly A. Sanchez___
Kimberly A. Sanchez
Assistant U.S. Attorney

I hereby consent to the above stipulation.

Dated: 8-31-07

/s/Marc Ament___
Marc Ament
Assistant Federal Defender
(On behalf of Robert Rainwater)

**ORDER**

It is ordered that the government's response to the defendant's motion to suppress in this matter due on September 4, 2007 is now due on September 17, 2007.

IT IS SO ORDERED.

**Dated: August 31, 2007**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE