1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ROBERT W. RAINWATER, Bar #67212
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOHN McCARTNEY

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) NO. 1:07cr00151 OWW
                                      )
12 |         *Plaintiff,*             ) ORDER AUTHORIZING RELEASE OF
                                      ) PRETRIAL SERVICES REPORT
13 |      v.                          )
                                      )
14 | JOHN McCARTNEY,                  )
                                      )
15 |         *Defendant.*             ) Judge: Hon. Oliver W. Wanger
                                      )
16 | _____  )

17

18      GOOD CAUSE APPEARING, based on the filing of an appeal of the detention order by the

19 defendant, it is hereby ordered that the Pretrial Services Office for the United States District Court for the

20 Eastern District of California provide copies of the Pretrial Services Report regarding John McCartney and

21 any supplemental reports which were presented to the Senior United States District Judge Oliver W.

22 Wanger and that said reports be provided to the Clerk of the Court for inclusion in the record on appeal to

23 be transmitted to the Court of Appeals for the Ninth Circuit for its consideration.

24 ///

25 ///

26 ///

27 ///

28 ///

1  FURTHER, that after said consideration by the United States Court of Appeals for the Ninth
2  Circuit, said reports are to be returned to the files of the Pretrial Services Office for the Eastern District of
3  California and maintained therein and are not to be kept in any other court file.
4  IT IS SO ORDERED.
5  Dated: February 21, 2008

                    /s/ OLIVER W. WANGER
                    OLIVER W. WANGER
                    Senior United States District Court Judge