UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-0151 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE: PROPOSED |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | JURY TRIAL |
| | ) | |
| JOHN McCARTNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties have submitted a stipulation to continue the jury trial presently set to commence jury selection on April 4, 2008.

In light of the Defendant's insistence on a speedy trial and his assertions that he did not want to remain in custody any longer than necessary, the Court does not find good cause for a continuance. The request for continuance is DENIED.

The Court will re-address the request for continuance in the event the parties are able to resolve their negotiations by the close of business April 3, 2008.

IT IS SO ORDERED.

Dated:   March 28, 2008                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1