IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff/<br>         Respondent,<br><br>    vs.<br><br>JOHN McCARTNEY,<br><br>         Defendant/<br>         Petitioner. | NO. CR-F-07-151 OWW<br><br>ORDER DIRECTING PETITIONER JOHN McCARTNEY TO FILE AMENDED MOTION FOR RETURN OF PROPERTY AND DIRECTING CLERK OF COURT TO ADD PETITIONER'S ADDRESS TO THE DOCKET |

On January 26, 2009, John McCartney filed a motion for return of property pursuant to Rule 42, Federal Rules of Criminal Procedure.

Petitioner is ordered to file an amended motion for return of property. Petitioner's motion does not specifically describe the items of property he seeks to have returned. Without that specific information, the United States cannot respond and the Court cannot resolve the motion.

Although Petitioner is represented by Robert Rainwater on

1

1 his appeal from his conviction and sentence, Petitioner filed the
2 motion for return of property *in pro per*.  The Clerk of the Court
3 is ordered to add Petitioner's address to the docket:
4     John McCartney
    0706980-1846863
5     P.O. Box 872
    Fresno, CA 93712
6
IT IS SO ORDERED.
7
**Dated:   February 2, 2009**            /s/ Oliver W. Wanger
8                                                      UNITED STATES DISTRICT JUDGE