IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. CR-F-07-151 OWW |
| | ) | |
| | ) | ORDER DIRECTING UNITED |
| | ) | STATES TO RESPOND TO |
| **Plaintiff,** | ) | DEFENDANT'S MOTION FOR |
| | ) | RETURN OF PROPERTY FILED ON |
| **vs.** | ) | MAY 8, 2009 |
| | ) | |
| | ) | |
| **JOHN McCARTNEY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

**The United States is ordered to file a response to Defendant's motion for return of property filed on May 8, 2009. The United States' response shall be filed within 30 days of the filing date of this Order. Defendant's reply, if any, shall be filed within 30 days thereafter. All further proceedings will be by order of the Court.**

IT IS SO ORDERED.

**Dated:   May 13, 2009**            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1