IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-F-07-151 OWW |
|---|---|---|
| | ) | |
| | ) | SECOND ORDER DIRECTING |
| | ) | UNITED STATES TO RESPOND TO |
| Plaintiff, | ) | DEFENDANT'S MOTION FOR |
| | ) | RETURN OF PROPERTY FILED ON |
| vs. | ) | MAY 8, 2009 |
| | ) | |
| | ) | |
| JOHN McCARTNEY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

By Order filed on May 13, 2009, the United States was ordered to file a response to Defendant's motion for return of property filed on May 8, 2009.

The United States has not complied. The United States' response to the motion for return of property shall be filed within 30 days of the filing date of this Order. Defendant's reply, if any, shall be filed within 30 days thereafter. All further proceedings will be by order of the Court.

///

///

1

1  IT IS SO ORDERED.

2  **Dated:   July 2, 2009**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE